UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:07-cr-99-T-23TBM

ANDRES ESCOBEDO-ESTRADA
_____/

### ORDER

Because the defendant is responsible for 15,157 kilograms of cocaine, the base offense level after Amendment 782 remains 38. Accordingly, the court denied (Doc. 565) the defendant's motion (Doc. 556) for a sentence reduction under Title 18 U.S.C. Section 3582 and Amendment 782 to the Sentencing Guidelines. The defendant appealed (Doc. 572) and moved for leave to appeal *in forma pauperis* (Doc. 586).

For the reasons explained in the order (Doc. 565) and the magistrate judge's report and recommendation (Doc. 600), the appeal is frivolous and not taken in good faith. The report and recommendation is **ADOPTED**, and the motion for leave to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on January 28, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE